```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                          AT BLUEFIELD
```

JANINE CHANTALE HEBRON,

    Plaintiff,

v.                               CIVIL ACTION NOS. 1:20-00149
                                                    1:20-00327

FEDERAL BUREAU OF PRISONS, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

      By Standing Order, this action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of findings and recommendations regarding disposition pursuant to 28 U.S.C. § 636(b)(1)(B).  Magistrate Judge Aboulhosn submitted to the court his Findings and Recommendation ("PF&R") on October 26, 2021, in which he recommended that the district court dismiss plaintiff's complaint without prejudice, deny as moot plaintiff's application to proceed without prepayment of fees and costs, and remove this matter from the court's docket.

      In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days, plus three mailing days, in which to file any objections to Magistrate Judge Aboulhosn's Findings and Recommendation.  The failure of any party to file such objections constitutes a waiver of such party's right to a de novo review by this court.  Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

    The parties failed to file any objections to the Magistrate Judge's Findings and Recommendation within the required time period.  Having reviewed the Findings and Recommendation filed by Magistrate Judge Aboulhosn, the court adopts the findings and recommendations contained therein. Accordingly, the court hereby **DISMISSES** plaintiff's complaint without prejudice, **DENIES** as moot plaintiff's application to proceed without prepayment of fees and costs, and directs the Clerk to remove this case from the court's active docket.

    The Clerk is directed to forward a copy of this Memorandum Opinion and Order to plaintiff and counsel of record.

    **IT IS SO ORDERED** this 27th day of January, 2023.

                                         ENTER:

                                         David A. Faber
                                         Senior United States District Judge